# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ,<br><br>        Plaintiff,<br><br>   v.<br><br>C/O VIGIL,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-03-5108 OWW LJO P<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO APPEAR AT HIS DEPOSITION<br><br>(Doc. 47) |

      Plaintiff Jose Diaz ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. In a Findings and Recommendations issued concurrently with this order, the court recommended that defendant Vigil's motion to dismiss based on plaintiff's failure to appear at his deposition, filed pursuant to Federal Rule of Civil Procedure 37(d), be denied. As set forth below, plaintiff shall be required to show cause why sanctions, up to and including dismissal of this action, should not be imposed upon him for failing to appear at his deposition.

      Defendant contends that plaintiff failed to appear for his deposition, which was set for February 11, 2005. Although plaintiff responded to defendant's motion to dismiss, plaintiff did not explain why he failed to appear at his deposition, did not explain why he failed to contact defendant's counsel either before or after the scheduled deposition, and did not otherwise address the merits of defendant's motion. Accordingly, plaintiff is required to show cause, in writing, why he should not be sanctioned for failing to appear at his deposition. After plaintiff files a response, defendant shall file a reply. If plaintiff fails to file a response to this order, this action will be

1 dismissed for failure to obey the court's order, and if plaintiff responds but fails to show cause,
2 sanctions may be imposed on plaintiff by the court.
3      Based on the foregoing, it is HEREBY ORDERED that:
4   1.   Within **forty-five (45) days** from the date of service of this order, plaintiff shall show
5        cause, in writing, why sanctions should not be imposed against him for failing to
6        appear at his deposition on February 11, 2005;
7   2.   Within **thirty (30) days** from the date of service of plaintiff's response, defendant
8        shall file a reply;
9   3.   If plaintiff fails to file a response to this order, this action will be dismissed for
10       failure to obey a court order; and
11  4.   If plaintiff responds to this order but fails to show cause, sanctions, up to and
12       including dismissal of this action, may be imposed on plaintiff by the court.

IT IS SO ORDERED.

**Dated:   June 29, 2005**              /s/ Lawrence J. O'Neill
b9ed48                       UNITED STATES MAGISTRATE JUDGE