UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ,<br><br>        Plaintiff,<br><br>vs.<br><br>C/O VIGIL,<br><br>        Defendant. | 1:03-cv-05108-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 56)<br><br>**ORDER DENYING MOTION TO DISMISS** (Doc. 47) |

Plaintiff Jose Diaz ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 30, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Failure to appear for a deposition is a serious violation of discovery. If plaintiff again fails to appear this case will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 30, 2005, is ADOPTED IN FULL; and,

2. Defendant's motion to dismiss as a sanction, filed February 22, 2005, pursuant to Federal Rule of Civil Procedure 37(d), is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **August 15, 2005**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

2