1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | JOSE DIAZ,                                    CASE NO. CV-F-03-5108 OWW LJO P

10 |                        Plaintiff,            ORDER REQUIRING PLAINTIFF TO FILE AN
                                                 OPPOSITION OR A STATEMENT OF NON-
11 |        v.                                    OPPOSITION TO DEFENDANT'S MOTION
                                                 TO DISMISS
12 | C/O VIGIL,
                                                 (Doc. 63)
13 |                        Defendant.
14 | _____/

15         Plaintiff Jose Diaz is a former state prisoner proceeding pro se and in forma pauperis in this

16 civil rights action pursuant to 42 U.S.C. § 1983.  On May 1, 2006, defendant Vigil filed a motion

17 to dismiss based on plaintiff's failure to comply with the court's order of March 27, 2006.

18         Plaintiff is required to file an opposition or a statement of non-opposition to defendant's

19 motion within **thirty (30) days** from the date of service of this order.

20

21 IT IS SO ORDERED.

22 **Dated:     May 2, 2006**                    _____**/s/ Lawrence J. O'Neill**_____
   i0d3h8                                        UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28