# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ, | CASE NO. 1:03-CV-05108-OWW-LJO-P |
| Plaintiff, | ORDER SETTING PLAINTIFF'S DEPOSITION FOR SEPTEMBER 25, 2006, IN SACRAMENTO, CALIFORNIA |
| v. | |
| C/O VIGIL, | (Doc. 67) |
| Defendant. | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF BY CERTIFIED MAIL |
| | New Pre-Trial Dispositive Motion Deadline: 12/04/06 |

Plaintiff Jose Diaz ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed May 12, 2003, against defendant Vigil ("defendant") for violating the Eighth Amendment by acting with deliberate indifference to plaintiff's serious medical needs. (Doc. 15.)

On March 27, 2006, the court issued an order requiring plaintiff to notify defendant's counsel whether or not he needed a Spanish-English interpreter for his deposition within thirty days from the date of service of the order. (Doc. 62.) On May 22, 2006, plaintiff filed a notice stating that he needs an interpreter. (Doc. 67.)

As plaintiff has previously been notified, defendant has the right to take plaintiff's deposition. (Doc. 62.) Defendant has twice noticed plaintiff's deposition at Esquire Reporting Services, 1801

1

1 I Street, Sacramento, California. (Doc. 48-2, p. 6; Doc. 64, p. 1.) Although plaintiff has had ample opportunity to do so, plaintiff has not indicated that the deposition location is problematic. Accordingly, the court deems the location acceptable and hereby notices plaintiff's deposition for September 25, 2006, at 9:00 a.m. at Esquire Reporting Services, 1801 I Street, Sacramento, California. 98514.  Pursuant to defendant's previous deposition notices, plaintiff shall bring all writings, including but not limited to notes, diary entries, personal journal entries, calendar entries, and correspondence to and from anyone related to the claims raised in the action. (Id.) Pursuant to plaintiff's notice filed on May 22, 2006, defendant shall arrange for a Spanish-English interpreter to be present.  Plaintiff is required to appear at his deposition on September 18, 2006, absent either another arrangement made with defendant's counsel or relief from this order by the court.  The failure to comply with this order will result in the imposition of sanctions, up to and including dismissal of this action with prejudice.

In light of this order, the deadline for filing pre-trial dispositive motions is extended from July 26, 2006 to December 4, 2006.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's oral deposition shall be conducted on September 25, 2006, at 9:00 a.m. at Esquire Reporting Services, 1801 I Street, Sacramento, California. 98514;
2. Plaintiff shall bring with him to the deposition all writings, including but not limited to notes, diary entries, personal journal entries, calendar entries, and correspondence to and from anyone related to the claims raised in the action;
3. Defendant shall arrange for a Spanish-English interpreter to be present;
4. The deadline for filing pre-trial dispositive motions is extended to December 4, 2006;
5. If plaintiff fails to comply with this order, sanctions, up to and including dismissal of this action with prejudice, will be imposed; and

///
///
///
///

1      6.     The Clerk's Office shall serve this order on plaintiff by certified mail.

IT IS SO ORDERED.

**Dated:**    **July 7, 2006**             **/s/ Lawrence J. O'Neill**
b9ed48                           UNITED STATES MAGISTRATE JUDGE