# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ, | CASE NO. 1:03-CV-05108-OWW-LJO-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 73) |
| v. | ORDER DENYING DEFENDANT'S MOTION TO DISMISS (Doc. 63) |
| C/O VIGIL, | |
| Defendant. / | |

Plaintiff Jose Diaz ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 7, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed on or before August 11, 2006. The parties did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 7, 2006, is adopted in full; and

///

///

2. Defendant's motion to dismiss as a sanction, filed pursuant to Federal Rule of Civil Procedure 37(b) on May 1, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   August 25, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE