# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ,<br><br>            Plaintiff,<br><br>      v.<br><br>C/O VIGIL,<br><br>            Defendant.<br>_____/ | CASE NO. 1:03-cv-05108-OWW-LJO PC<br><br>ORDER ADDRESSING OBJECTION TO ORDER DENYING MOTION TO COMPEL AND FINDING IT WITHOUT MERIT<br><br>(Doc. 78) |

Plaintiff Jose Diaz ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2006, the Court issued an order denying plaintiff's motion to compel as untimely. (Doc. 75.) Plaintiff filed an objection to the order on August 15, 2006. (Doc. 78.) To the extent that plaintiff's objection may be construed as a motion for reconsideration, it is without merit.

The deadline for the completion of all discovery excluding plaintiff's deposition was March 1, 2005. (Docs. 43, 79.) Plaintiff's motion to compel was not filed until June 19, 2006, and was untimely. (Doc. 72.) Plaintiff's only argument that the Court erred in denying his motion to compel as untimely is his contention that the Court extended the deadline for both parties from March 1, 2005, to July 26, 2006. (Doc. 78, Obj., pg. 12.)

The deadline of July 26, 2006, referred to by plaintiff in his objection, was the pretrial dispositive motion deadline, not the discovery deadline. A motion to compel is a discovery motion, not a pretrial dispositive motion, and with the exception of plaintiff's deposition, the deadline for the completion of all discovery, including filing motions to compel, was March 1, 2005. (Doc. 43.)

1 Plaintiff's motion to compel was clearly and unequivocally untimely and his objection to the Court's
2 order denying it on that ground is without merit.
3    Based on the foregoing, plaintiff's objection to the Court's order denying his motion to
4 compel as untimely, filed August 15, 2006, is HEREBY DEEMED ADDRESSED and found to be
5 without merit.

7 IT IS SO ORDERED.

**Dated:    February 6, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES DISTRICT JUDGE