# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ, | CASE NO. 1:03-cv-05108-OWW-LJO PC |
| Plaintiff, | ORDER DISREGARDING OBJECTION TO ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AS FRIVOLOUS |
| v. | |
| C/O VIGIL, | (Doc. 84) |
| Defendant. | |

Plaintiff Jose Diaz ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2006, the undersigned issued a Findings and Recommendations recommending defendant Vigil's motion to dismiss be denied, and on August 28, 2006, the Honorable Oliver W. Wanger issued an order adopting the Findings and Recommendations in full. (Doc. 73, 80.) In the order, Judge Wanger noted that neither party had filed timely objections. (Doc. 80.) On November 3, 2006, plaintiff filed objections to Judge Wanger's order on the ground that he timely presented objections to the Findings and Recommendations on August 9, 2006. (Doc. 84.)

First, objections to the Findings and Recommendations were due on or before August 14, 2006. Doc. 73, 4:5-6; Fed. R. Civ. P. 6(e). At no time prior to that date or after that date did the Court receive objections to the Findings and Recommendations. Judge Wanger did not issue his order until August 28, 2006. Thus, if an objection had been filed, the Court would likely have reviewed it, even if it was untimely. A review of plaintiff's three filings received on August 15,

///

1  2006, and a review of plaintiff's exhibits attached to the instant objection do not reveal an objection
2  to the Findings and Recommendations.
3      Second, the Findings and Recommendations recommended defendant's motion to dismiss
4  be denied.  Thus, the Court's ruling was favorable to plaintiff.  The Court can discern no basis for
5  an objection by plaintiff to the Findings and Recommendations and plaintiff has not articulated one
6  in his objection filed on November 3, 2006.  Accordingly, the Court finds plaintiff's objection to be
7  frivolous and it is HEREBY ORDERED DISREGARDED.

9  IT IS SO ORDERED.
10 **Dated:   February 6, 2007**              **/s/ Lawrence J. O'Neill**
   b9ed48                                    UNITED STATES DISTRICT JUDGE